**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN R. BUTCHER** **PLAINTIFF**
**ADC #96352**

**v.** **Case No. 3:25-cv-00034-LPR**

**DEXTER PAYNE, et al.** **DEFENDANTS**

**ORDER**

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 89). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Defendants' Motion for Summary Judgment (Doc. 85) is GRANTED. Judgment will be entered in favor of Defendants Shawn Anderson, Lisa Downing, Marjorie Hall, Sandra Lake, and Wellpath, LLC on Plaintiff's medical-deliberate-indifference claims against them.[2] The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] There is one exception. On page 6, the RD states that "Plaintiff was seen by prison medical staff and outside providers between September 19, 2023, and November, 2023, and during those encounters he did not complain about his knee." After reviewing the cited medical records, the Court finds that Plaintiff did complain to LPN Lena Jones about pain in his right knee on October 31, 2023, and was advised to place a sick call. *See* Doc. 87-9 at 12. But this finding does not alter the outcome of this case in any way.

[2] Technical changes have been made compared to the RD with respect to the disposition of this case.