**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JOHN R. BUTCHER** **PLAINTIFF**
**ADC #96352**

**v.** **Case No. 3:25-cv-00034-LPR**

**DEXTER PAYNE, et al.** **DEFENDANTS**

# JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that (1) Judgment is hereby entered in favor of Defendants Shawn Anderson, Lisa Downing, Marjorie Hall, Sandra Lake, and Wellpath, LLC on Plaintiff's medical-deliberate-indifference claims against them, and (2) all other claims brought in this case are DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE